**ORIGINAL**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

CASE NO.: CV-03-8955-R              Date: JUNE 2, 2005

TITLE: NENE MONTES et al V. KAPLAN KENEGOS & KADIN et al
========================================================================

PRESENT:

                HON. MANUEL L. REAL, JUDGE

**William Horrell**                           **Roslyn Adams**
**Deputy Clerk**                              **Court Reporter**

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

Leo Fasen                                Donald Engel
David Kadin                              J. Bowman Neely

PROCEEDINGS:  COURT TRIAL on Counterclaim and Crossclaim  (3rd day)


THE COURT HEARS FINAL ARGUMENTS OF THE PARTIES
ON THE COUNTERCLAIM AND THE CROSSCLAIM.

THE COURT MAKES FINDINGS ON THE RECORD, FINDING
AGAINST THE COUNTERCLAIMANTS ON THEIR COUNTERCLAIM
AND IN FAVOR OF CROSSCLAIMANT GEORGE CLINTON
ON THE CROSSCLAIM.  THE COURT FINDS GEORGE CLINTON
IS THE SOLE OWNER OF THE FOUR MASTERS AT ISSUE IN
THIS LITIGATION, AND FURTHER FINDS THAT THE LIENS
OF THE LAW FIRMS ARE INVALID AND SHALL NOT BE
HONORED.

CROSSCLAIMANT CLINTON SHALL SUBMIT FURTHER PROPOSED
FINDINGS AND A PROPOSED JUDGMENT.



time: 1 hour

MINUTES FORM 11                                  Initials of Deputy Clerk  WH
CIVIL -- GEN