DONALD S. ENGEL (Bar No. 73617)
**ENGEL & ENGEL, LLP**
100 Island Drive
Palo Alto, California 94301
(650) 325-3312 (telephone)
(650) 325-3317 (facsimile)

JEFFERSON K. LOGAN (Bar No. 136962)
ALEX M. WEINGARTEN (Bar No. 204410)
**FOX & SPILLANE LLP**
1880 Century Park East, Suite 1004
Los Angeles, California 90067
(310) 229-9300 (telephone)
(310) 229-9380 (facsimile)

*Attorneys for Counterclaim Defendant and Cross-claimant*
GEORGE CLINTON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NENE MONTES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>KAPLAN, KENEGOS & KADIN; et al.,<br><br>Defendants. | Case No. CV03-8955-R (MCx)<br><br>[~~PROPOSED~~] ORDER AND JUDGMENT<br><br>THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d) |
| RON BREMBRY; BRUCE PETERSON; RAYMOND SPRUELL, individually, d/b/a ASSOCIATION PARLIAMENT FUNKADELIC MEMBERS 73-81; FUNK MOB MUSIC, LLC; KAPLAN, KENEGOS & KADIN<br><br>Counter-Claimants,<br><br>vs.<br><br>NENE MONTES; TERCER MUNDO, INC., CHARLY ACQUISITIONS LTD; GEORGE CLINTON; DOES 101-200, inclusive,<br><br>Counter-Defendants. | |

[PROPOSED] ORDER AND JUDGMENT

| | |
|---|---|
| 1 | GEORGE CLINTON, |
| 2 | Cross-Claimant, |
| 3 | vs. |
| 4 | NENE MONTES; TERCER MUNDO, RON BREMBRY; BRUCE PETERSON; RAYMOND SPRUELL, individually, d/b/a/ ASSOCIATION PARLIAMENT FUNKADELIC MEMBERS 73-81; FUNK MOB MUSIC, LLC; KAPLAN, KENEGOS & KADIN, JERRY KAPLAN; JOAN KENEGOS; DAVID SCOTT KADIN; AND DOES 1-10, |
| 9 | Cross-Claim Defendants. |

1  This action having come on for trial before the Court, Honorable Manuel L.
2  Real presiding, and the issues having been duly tried and a decision having been duly
3  rendered, it is:
4  ORDERED, that the Counterclaim of Counterclaimants RON BREMBRY;
5  BRUCE PETERSON; RAYMOND SPRUELL, individually, d/b/a ASSOCIATION
6  PARLIAMENT FUNKADELIC MEMBERS 73-81 and FUNK MOB MUSIC, LLC
7  be dismissed on the merits; and it is further
8  ORDERED, adjudged and decreed that final judgment in favor of Crossclaimant
9  GEORGE CLINTON and against said Counterclaimants is hereby granted and ordered
10 entered as such; and it is further
11 ORDERED, adjudged and decreed that GEORGE CLINTON is the sole owner
12 of the master recordings of the albums "Hard Core Jollies," "One Nation under a
13 Groove," Uncle Jam Wants You" and "Electric Spanking of War Babies" (the
14 "Masters") and has been the sole owner of the Masters since 1993; and it is further
15
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

Fox & Spillane LLP

ORDERED, adjudged and decreed that the liens of the law firms and any other grants of rights in the Masters since 1993 by anyone other than GEORGE CLINTON are invalid and shall not be honored.

Dated: June 17, 2005

Hon. Manuel L Real
United States District Court Judge

Respectfully Submitted by:

Dated: June 8, 2005

**ENGEL & ENGEL, LLP**
Donald S. Engel

**FOX & SPILLANE, LLP**
Jefferson K. Logan
Alex M. Weingarten

By: _____
Alex M. Weingarten
*Attorneys for Counterclaim Defendant and Counterclaimant* GEORGE CLINTON

2

[PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss
COUNTY OF LOS ANGELES    )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Fox & Spillane LLP, 1880 Century Park East, Suite 1004, Los Angeles, California 90067. On June 9, 2005, I served the within documents:

## [PROPOSED] ORDER AND JUDGMENT

☐ I sent such document from facsimile machine (310) 229-9380 on June 9, 2005. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 229-9380 which confirms said transmission and receipt. The transmission was reported as complete and without error. A copy of the transmission report is attached to this Proof of Service. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

| | |
|---|---|
| David Scott Kadin, Esq. | Leo Fasen, Esq. |
| Kaplan, Kenegos & Kadin | Leo Fasen & Associates |
| 9150 Wilshire Boulevard, Suite 175 | 9814 E Garvey Ave #12-A |
| Beverly Hills, California 90212 | El Monte, California 91733 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury in accordance with the laws of the United States of America that the foregoing is true and correct of my own personal knowledge, and that I am employed in an office of a member of the Bar of the Court at whose direction this service was made.

Executed on June 9, 2005, at Los Angeles, California.

_____
Yta Lewis